NO. 07-07-0219-CR

NO. 07-07-0220-CR

NO. 07-07-0221-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 21, 2007

______________________________

ROBERT CASH RICHARDSON,

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 108
th
 DISTRICT COURT OF POTTER COUNTY;

NOS. 54,546-E, 54,547-E, 54,712-E; HON. ABE LOPEZ, PRESIDING

_______________________________

ON MOTIONS TO DISMISS

__________________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Robert Cash Richardson, by and through his attorney, has filed motions to dismiss his appeals because he no longer desires to prosecute them.  Without passing on the merits of the case, we grant the motions to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeals.  Having dismissed the appeals at appellant’s request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

Brian Quinn

          Chief Justice

Do not publish.